JOHN J. HAGGERTY, Appellant, v. JOSEPH LARKIN, Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Leave is granted the defendant to renew the application to vacate the judgment upon papers showing a meritorious defense,

---

* See Civ. Prac. Act, § 466; formerly Code Civ. Proc. § 1013.— [REP.

upon payment of taxable costs to date. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.